UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:19−cv−06569 |
| vs. | ) ) | Honorable Elaine E. Bucklo |
| WOODFIELD MALL LLC, a Delaware Limited Liability Company, MACY'S RETAIL HOLDINGS, INC., a New York Corporation, J.C. PENNEY CORPORATION, INC., a Delaware Corporation, and NORDSTROM, INC., a Washington Corporation, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) / | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS WOODFIELD MALL LLC, J.C. PENNEY CORPORATION, INC., AND NORDSTROM, INC.

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendants Woodfield Mall, LLC, J.C. Penney Corporation Inc., and Nordstrom, Inc., from this action with prejudice. The action against the remaining defendant continues.

Dated: December 16, 2019          Respectfully Submitted,


/s/ Brian W. Coffman
Brian W. Coffman, Esq. #6285942
COFFMAN LAW OFFICES P.C.
Of Counsel
2615 North Sheffield Avenue, Suite #1
Chicago, IL 60614

1

Tel: 773-348-1295
Fax: 773-242-6188
Email: bcoffmanlaw@gmail.com

*Counsel for Plaintiff*
*Dennis Tooley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Melissa M. Hewitt
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-1901

*/s/ Brian W. Coffman*
Brian W. Coffman, Esq. #6285942