UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:19−cv−06569 |
| vs. | ) ) | Honorable Judge Elaine E. Bucklo |
| MACY'S RETAIL HOLDINGS, INC., a New York Corporation, | ) ) ) | Magistrate Judge David M. Weisman |
| Defendant. | ) ) ) / | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dennis Tooley and Defendant Macy's Retail Holdings, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: February 20, 2020

Respectfully Submitted,                                      Respectfully Submitted,

*/s/ Brian W. Coffman*                                       */s/ Julia Pearce Argentieri*
Brian W. Coffman, Esq. #6285942                              Julia Pearce Argentieri, Esq.
COFFMAN LAW OFFICES P.C.                                     Jody Kahn Mason, Esq.
Of Counsel                                                   Jackson Lewis
2615 North Sheffield Avenue, Suite #1                        150 N. Michigan Avenue, Suite 2500
Chicago, IL 60614                                            Chicago, IL 60601
Tel: 773-348-1295                                            Tel: (312) 787-4949
Fax: 773-242-6188                                            jody.mason@jacksonlewis.com
Email: bcoffmanlaw@gmail.com                                 julia.argentieri@jacksonlewis.com

*Counsel for Plaintiff*
*Dennis Tooley*                                              *Counsel for Defendant*
                                                             *Macy's Retail Holdings, Inc.*

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of February, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Julia Pearce Argentieri, Esq.
Jody Kahn Mason, Esq.
Jackson Lewis
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

                                                       */s/ Brian W. Coffman*
                                                      Brian W. Coffman, Esq. #6285942